# EXHIBIT B

IN THE SUPERIOR COURT OF RABUN COUNTY
STATE OF GEORGIA

TALLULAH RIVER CO., INC.,
AKA TALLULAH RIVER COMPANY,

Plaintiff,

vs.

NORTH GEORGIA MOUNTAIN
INVESTMENT GROUP, LLC and
TALLULAH RIVER MOUNTAIN
RESORT, INC., and others and
Tenants in possession,

Defendants.

CIVIL ACTION
FILE NO. 2014-CV-0150-C

## ORDER

The Court previously entered its Order to Pay Rent dated July 1, 2014, which required the Defendants to pay into the Registry of the Court the sum of Seventeen Thousand Eight Hundred Ninety Six and 67/100 Dollars ($17,896.67) on the 1st day of each month beginning July 1, 2014, until further order of this Court, time being of the essence of the Order. The Court having been notified by the Plaintiff that the Defendants failed to timely pay such rent as of August 1, 2014, the Court has determined that no payment was made by the Defendants on or before August 1, 2014, as required by the prior Order of this Court. Such Order provided that in the event the Defendants failed to comply with such Order and failed to pay rent into the Registry of the Court, the Plaintiff would be entitled to an immediate Writ of Possession as provided for in O.C.G.A. §§ 44-7-53 and 44-7-54.

THEREFORE, IT IS ORDERED that the Defendants' Answer filed in this action is hereby dismissed.


EXHIBIT 28

FILED IN OFFICE OF CLERK SUPERIOR COURT
RABUN COUNTY, GEORGIA. THIS 19th DAY OF
August, 2014.
HOLLY E. HENRY-PERRY, CLERK

IT IS HEREBY ORDERED AND ADJUDGED that the lawful officers of Rabun County, Georgia, shall remove the Defendants and any tenants and other parties in possession of the buildings and premises ("Property") which is the subject matter of this case consisting of that tract or parcel of land CONTAINING 69.33 ACRES being more fully described upon a plat of survey prepared by William F. Rolader, Georgia Registered Land Surveyor #2042 dated January 28, 1983, and recorded in the Office of the Clerk of Rabun Superior Court in Plat Book 18, Page 231, LESS AND EXCEPT: That certain tract or parcel of land CONTAINING 1.12 ACRESE, more or less, and certain easement rights, as described in a Declaration of Taking in favor of the State of Georgia, Department of Transportation, recorded in Deed Book W29, Pages 673-688, Rabun County Deed Records, and also being described in that certain Deed Under Power of Sale between Tallulah River Mountain Resort, Inc., acting by and through its duly appointed Agent and Attorney-in-Fact Tallulah River Company, as Party of the First Part, and Tallulah River Company, as Party of the Second Part, dated June 3, 2014, recorded in Deed Book Z40, Pages 269-272, Rabun County Deed Records, and to deliver full and quiet possession of same to the Plaintiff herein.

SO ORDERED this 14th day of August, 2014.

_B. Ch. Candell_
JUDGE, Superior Court
Rabun County, Georgia
Mountain Judicial Circuit

Prepared by:
Janney E. Sanders
Attorney for Plaintiff
Georgia State Bar No. 625650
Sanders, Ranck & Skilling, P. C.
P. O. Box 1005
Toccoa, GA 30577
706-886-7533

U:\Janney Sanders\Foreclosures\Tallulah River Co Inc v Tallulah River Mtn Resort & North Ga Mtn Investments 31207-14\Dispossessory\Order 8-5-14.docx

FILED IN OFFICE OF CLERK SUPERIOR COURT RABUN COUNTY, GEORGIA. THIS 19th DAY OF August, 2014.
HOLLY E. HENRY-PERRY, CLERK